United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA CARSON,

        Plaintiff,

    v.

RED BEACON, INC.,

        Defendant.

Case No. 22-cv-04385-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint on September 6, 2022. [Dkt. No. 12.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on September 20, 2022 but no such opposition has been received. <u>Plaintiff Melissa Carson is ordered to respond by **October 6, 2022**, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff Melissa Carson does not respond by October 6, 2022, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2022

_____
Donna M. Ryu
United States Magistrate Judge